2

LAW OFFICES OF MARY ELLEN TERRANELLA
Mary Ellen Terranella – State Bar No. 99272
409 Boyd Street
Vacaville, California 95688
(707) 428-1778
Facsimile (707) 446-6777

Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### Sacramento Division

In the matter of

BRENDA L. SMITHEY ) Case No. 21-21372-A-13
)
) Chapter 13
Debtor )
) Adversary No. 22-2021-A
)
BRENDA L. SMITHEY ) **JOINT STATUS**
) **REPORT**
Plaintiff )
)
v )
)
U.S. DEPARTMENT OF EDUCATION )
)
) Date: January 10, 2023
) Time: 1:30 P.M.
Defendants ) Courtroom: 28, 7th Floor
) Judge: Fredrick E. Clement

1. JURISDICTION-VENUE

The parties acknowledge that venue is proper in this proceeding and that this is a core proceeding.

2. STATUS REPORT

1

The parties wish to bring to the Court's attention a certain new process developed by the Department of Justice and the Department of Education regarding student loan bankruptcy litigation, announced on November 17, 2022. See https://www.justice.gov/opa/pr/justice-department-and-department-education-announce-fairer-and-more-accessible-bankruptcy. These new procedures may well affect the instant case. Defendant's counsel has asked the Department of Education to consider whether it would agree to stipulate to a discharge in the instant case.

Discovery is complete in the case. The Department of Education may require some time in assessing the Plaintiff's case in light of its new procedures and process. The parties would request a 30-day continuance of the Pretrial Conference, set for January 10, 2023 to further examine whether a discharge would be stipulated to as opposed to setting a trial date in the matter.

Respectfully submitted,

Date: 12/27/2022

Mary Ellen Terranella, Attorney for
Plaintiff Brenda L. Smithey

Date:

Jeffrey J. Lodge, Assistant U.S. Attorney
for Defendant U.S. Department of
Education

2