2

LAW OFFICES OF MARY ELLEN TERRANELLA
Mary Ellen Terranella - State Bar No. 99272
409 Boyd Street
Vacaville, California 95688
(707) 428-1778
Facsimile (707) 446-6777

Attorney for Plaintiff

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### Sacramento Division

In the Matter of

BRENDA L. SMITHEY ) Case No. 21-21372-A-13C
)
    Debtor ) Chapter 13
)
_____ )
) Adversary No. 22-2021-A
BRENDA L. SMITHEY )
)
    Plaintiff )
)
vs. )
)
U.S. DEPARTMENT OF EDUCATION )
)
)
    Defendant )
_____ )

### STIPULATION THAT STUDENT LOANS ARE DISCHARGEABLE

Debtor and Plaintiff, Brenda L. Smithey, by and through her attorney Mary Ellen Terranella, and Defendant, United States Department of Education, by and through its attorney Jeffrey J. Lodge, Assistant United States Attorney, stipulate and agree to the following facts:

1. Debtor filed a voluntary Chapter 13 bankruptcy case, case number 21-21372-A-13C on April 15, 2021.

2. Debtor's Meeting of Creditors was concluded on May 20, 2021.

3. Debtor's plan was confirmed on June 7, 2021.

4. On April 12, 2022 Debtor filed the Complaint to Determine Dischargeability of Debt under 11 U.S.C. section 523(a)(8).

5. On April 12, 2022 the Court issued its Summons and Notice of Status Conference in an Adversary Proceeding, docket number 3.

6. On April 18, 2022 Debtor served the Summons and Complaint on defendant.

7. On July 22, 2021 Defendant filed its proof of claim in Debtor/Plaintiff's Chapter 13 case, in the amount of $21,066.80, Claim number 3.

8. The loans listed in Defendant's proof of claim were used as educational loans.

9. These loans are student loans as described in 11 U.S.C. section 523(a)(8).

10. Debtor/Plaintiff is a 65 year old single woman, receiving Social Security benefits and working a part time job in a care facility.

Plaintiff and Defendant agree that the student loan(s) as stated in the Complaint and listed on Defendant's Proof of Claim, filed on July 22, 2021, Claim number 3, in the approximate amount of $21,066.80, inclusive, including all interest and penalties arising therefrom, are dischargeable as to the Debtor Brenda L. Smithey, and, upon entry of the discharge, are discharged. Each party shall bear its own attorney's fees and costs.

DATE: 02/03/2023

Mary Ellen Terranella
Attorney for the Plaintiff,
Brenda L. Smithey

DATE: 2-3-2023

Jeffrey J. Lodge, Assistant United States Attorney,
Attorney for Defendant,
United States Department of Education